

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**MARTIN BOWE**
*Senior Counsel*
TEL: 212-356-0894
CEL: 646-498-7178

November 30, 2020

**BY ECF**
Honorable Katherine Polk Failla,
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *M.K. obo G.K. v. N.Y.C Dep't of Educ., et al.* 20-cv-4013(KPF)(KNF)

Dear Judge Failla:

      I am an Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, supervising attorney for the Defendant in the above-referenced action, overseeing a team of attorneys and paralegals handling IDEA fees-only cases such as this, wherein Plaintiff seeks attorneys' fees, costs, an expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

      I write on behalf of all parties to inform the Court that this matter has been fully resolved, and to respectfully request that the Court cancel the conference scheduled for today at noon, *sine die*, and to permit the parties to file an executed settlement agreement no later than December 30, 2020.

      We apologize for any inconvenience caused by the lateness of this submission, which resulted from administrative confusion within my office whereby this case was conflated with several other similar cases late Wednesday, and we thus failed to file a letter at that time (the case settled *via* email at 5:57 p.m.) as intended.

      Thank you for considering these requests.

Respectfully submitted,
/s/
_____
Martin Bowe
Senior Counsel

cc:    Adam Dayan, Esq. (via ECF)

Application GRANTED. All deadlines and conferences are hereby adjourned. Furthermore, the Court ORDERS that this action be conditionally discontinued without prejudice and without costs; provided, however, that on or before December 30, 2020, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order. Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of the Court in the event that the settlement is not consummated. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar on or before December 30, 2020.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:   November 30, 2020          SO ORDERED.
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE